# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01722-RM-SBP

DOUGLAS SMITH BUILDERS LLC,

    Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order (Doc. 79) by Senior District Judge Raymond P. Moore entered on July 24, 2024, it is

ORDERED that summary judgment is entered in favor of Defendant, State Farm Fire and Casualty Company, and against Plaintiff, Douglas Smith Builders LLC.   It is further

ORDERED that this case is closed.

Dated this 24th day of July, 2024.

FOR THE COURT:
JEFFREY P. COLWELL

By:   s/C. Pearson, Deputy Clerk